IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 6 2001

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u> JOHN W. SCHILLING, ) ) ) | |
| Plaintiff, ) ) | Case No. 99-3289 (RCL) (Part of 99-MS-432 (RCL)) |
| v. ) ) | c1 sb |
| COLUMBIA/HCA HEALTHCARE CORP., et al., ) ) | |
| Defendants. ) ) | |

## ORDER

On February 14, 2001, Relator John W. Schilling, the United States, and HCA – The Healthcare Company (HCA), as successor in interest to all defendants in this action, filed a stipulation to dismiss certain claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1). Upon due consideration of the stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

1. Consistent with the terms of the December 14, 2000 Civil and Administrative Settlement Agreement executed by the United States and HCA, the following claims in Relator Schilling's First Amended Complaint shall be DISMISSED: (1) all claims alleged in Paragraphs 31 and 36, and (2) claims in Paragraphs 37, 38, 39, and 40 alleging home health community education and home health management fees issues defined in Paragraphs D(3) and D(5), respectively, of the Civil and Administrative Settlement Agreement between the United States and HCA.

7/16

2. The dismissal shall be with prejudice to Relator Schilling, with prejudice to the United States with respect to claims concerning the Medicare Program, and without prejudice to the United States with respect to claims concerning the Medicaid, TriCare and Federal Employees Health Benefits Programs.

3. No claim or allegation other than those specifically identified in the stipulation and herein is dismissed.

4. As to the dismissed claims and allegations, the Court shall retain jurisdiction to decide issues, including jurisdictional issues, if any, concerning relator share and attorneys' fees and costs.

5. Partial dismissal of relator's claims shall be without prejudice to any party's right to seek dismissal, on jurisdictional or any other grounds, of (a) claims in relator's complaint other than claims identified in Paragraph 1 of this Order, (b) relator's claim to a share of any settlement, or (c) relator's right to recover costs and attorneys' fees. The United States and HCA shall have the right to seek dismissal of all such claims and the right to assert that there are no "proceeds" of this *qui tam* action as defined by the False Claims Act, 31 U.S.C. § 3730(d)(1).

Done this 16th day of February, 2001.

Royce C. Lamberth
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:

PETER W. CHATFIELD
Phillips & Cohen
2000 Massachusetts Avenue, N.W.
First Floor
Washington, D.C. 20036

CHRISTIAN HOYER
James, Hoyer & Associates, P.A.
One Urban Centre
Suite 147
4830 West Kennedy Blvd.
Tampa. FL 33609

ROGER S. GOLDMAN
Latham & Watkins
1001 Pennsylvania Avenue, N.W.
Suite 1300
Washington, D.C. 20004

MICHAEL F. HERTZ
JOYCE R. BRANDA
JONATHAN L. DIESENHAUS
JAMIE A. YAVELBERG
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044

MARK E. NAGLE
DORIS D. COLES-HUFF
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20001